Municipal Corporations, 28 Cyc. p. 1471, n. 84.
Pleading, 31 Cyc. p. 78, n. 95; p. 362, n. 39.

---

17110. WINKLES *v.* THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence, and none of the grounds of the amendment to the motion for a new trial show cause for a reversal of the judgment below.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., not participating, on account of illness.*

DECIDED APRIL 14, 1926.

Criminal Law, 17 C. J. p. 364, n. 36.

Conviction of possessing liquor apparatus; from Douglas superior court—Judge Irwin. December 31, 1925.

*Astor Merritt,* for plaintiff in error.

*E. S. Griffith, solicitor-general,* contra.